## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 20-23865-CIV-WILLIAMS/TORRES

MAILING SANCHEZ SANCHEZ,

      Plaintiff,

vs.

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,,

      Defendant.

_____/

## **REPORT AND RECOMMENDATION**

THIS MATTER is before the Court on the Plaintiff's Unopposed Motion for Attorney's Fees under the Equal Access to Justice Act (EAJA) that followed the Final Judgment of Remand entered November 8, 2021. [D.E. 29, 30].  No objection exists to the granting of this motion for fees.  The Court's review of the record shows that Plaintiff is entitled to reasonable fees under the EAJA in the amount of $8,500.00.  Accordingly it is hereby

RECOMMENDED that the motion for fees be GRANTED and that Plaintiff be awarded reasonable fees and costs under the EAJA in the amount of $8,500.00. Further:

1.    EAJA fees are to be awarded, based on the statutory hourly rate plus cost of living, to the Plaintiff and delivered to Plaintiff's counsel, Joseph Teplicki, pursuant to the assignment to counsel from Plaintiff.

2.     If the United Stated Department of the Treasury verifies to the Office of the General Counsel that the Plaintiff does not owe a debt, the government should honor Plaintiff's assignment of EAJA fees and make payment directly to counsel.

3.     To expedite matters for good cause, any objection to this Report and Recommendation must be filed within three (3) days.

**DONE AND ORDERED**, in Chambers, at Miami, Florida, this 14th day of December, 2021.

*/s/ Edwin G. Torres*
EDWIN G. TORRES
United States Magistrate Judge