UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 20-23865-CIV-WILLIAMS

MAILING SANCHEZ SANCHEZ,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

# ORDER

**THIS MATTER** is before the Court on Chief Magistrate Judge Edwin G. Torres's Report and Recommendation ("***the Report***") (DE 33) on Plaintiff Mailing Sanchez Sanchez's ("***Plaintiff***") Unopposed Motion for Attorney's Fees ("***the Motion***"). (DE 32.) In the Report, Chief Judge Torres recommends that the Court grant Plaintiff's Motion and award her reasonable fees and costs under the federal Equal Access to Justice Act in the amount of $8,500.00. (DE 33 at 1.) No objections to the Report have been filed.

Upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** as follows:

1. The conclusions in the Report (DE 33) are **AFFIRMED AND ADOPTED**.

2. Plaintiff's Unopposed Motion for Attorney's Fees (DE 32) is **GRANTED**. Plaintiff shall be awarded $8,500.00 in attorney's fees, which are to be paid to Plaintiff's counsel once the U.S. Department of Treasury determines that Plaintiff owes no debt to the United States.

3. Pursuant to the Court's Order of Remand and Final Judgment (DE 29) and the Clerk of Court's Entry of Judgment (DE 31), this case remains closed.

**DONE AND ORDERED** in Chambers in Miami, Florida on this <u>14th</u> day of January, 2022.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE